IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:03-cr-00198 |
| v. | ) | |
| | ) | |
| CLENNON MARVIN FULLER | ) | |

## JUDGMENT AND COMMITMENT ORDER

The Court previously granted a motion by the defendant for re-sentencing pursuant to 18 U.S.C. § 3582(c). A sentencing hearing was conducted on August 3, 2012.

The Court is uncertain whether or not it has jurisdiction to re-sentence the defendant, who qualifies as a career offender under the United States Sentencing Guidelines. The Court re-sentences the defendant to a term of imprisonment of 188 months, followed by 6 years of supervised release under the same terms and conditions originally imposed. A special assessment of $200 is imposed, and no fine is ordered.

If this Court had jurisdiction to reduce the sentence of the defendant, it would reduce his sentence to 120 months imprisonment. Because the Court is uncertain whether or not it has such jurisdiction, it declines the opportunity to reduce the defendant's sentence at this time.

IT IS SO ORDERED.

JOHN T. NIXON
UNITED STATES DISTRICT JUDGE